1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff

7  Cris C. Vaughan (SBN 99568)
   Zara Bokhari (SBN 332411)
8  VAUGHAN & ASSOCIATES LAW OFFICE, APC
9  6207 South Walnut Street, Suite 800
   Loomis, CA 95650
10 Telephone: (833) 481-1245
   Facsimile: (916) 660-9378
11 cvaughan@adasolutionsgroup.com
12 Attorneys for Defendant
   Camera 3 Entertainment, Inc.

APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 5:21-cv-02787-BLF |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| CAMERA 3 ENTERTAINMENT, INC., a California Corporation, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: November 29, 2021 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:  /s/ Amanda Seabock |
| 4 | |      Amanda Seabock<br>     Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated:  November 29, 2021 | VAUGHAN & ASSOCIATES LAW OFFICE, APC |
| 9 | | By:  /s/ Cris C. Vaughan |
| 10 | |      Cris C. Vaughan<br>     Zara Bokhari |
| 11 | |      Attorneys for Defendant<br>     Camera 3 Entertainment, Inc. |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Camera 3 Entertainment, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 29, 2021        CENTER FOR DISABILITY ACCESS

                                By:    /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff